In the Matter of the Petition of JAMES A. STRIKER et al. to Vacate Assessments.

(Argued May 3, 1881; decided May 13, 1881.)

REPORTED below (23 Hun, 647).

*Edwin E. Van Auken* for appellant.

*J. A. Beall* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.

---

*In re* Application of the NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY to Acquire Title to Lands of MILLICENT D. MARSHALL et al.

(Argued May 3, 1881; decided May 13, 1881.)

*William C. Cox* for appellant.

*Spencer Clinton* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.